DOC #_____

ORIGINAL

AUSA: Dana R. McCann

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JOHN JOSEPH HOP WAH,

Defendant.

**24 MAG 3035**

**SEALED COMPLAINT**

Violations of 18 U.S.C. §§ 115(a)(1)(B), 876(c), and 2

COUNTY OF OFFENSE:
NEW YORK

SOUTHERN DISTRICT OF NEW YORK, ss.:

CHRISTOPHER BELVIZ, being duly sworn, deposes and says that he is a Deputy United States Marshal with the United States Marshal Services ("USMS"), and charges as follows:

## COUNT ONE
### (Influencing, Impeding, or Retaliating Against a Federal Official by Threat)

1. On or about August 7, 2024, in the Southern District of New York and elsewhere, JOHN JOSEPH HOP WAH, the defendant, threatened to murder a United States official, a United States judge, a Federal law enforcement officer, or an official whose killing would be a crime under such section, with intent to impede, intimidate, and interfere with such official, judge, or law enforcement officer while engaged in the performance of official duties, and with intent to retaliate against such official, judge, or law enforcement officer on account of the performance of official duties, to wit, on or about August 7, 2024, HOP WAH mailed a letter dated August 3, 2024 to the United States District Court for the Southern District of New York addressed to a United States Magistrate Judge, in which HOP WAH threatened to murder United States judges and covered officials.

(Title 18, United States Code, Sections 115(a)(1)(B) and 2.)

## COUNT TWO
### (Mailing Threatening Communications)

2. On or about August 7, 2024, in the Southern District of New York and elsewhere, JOHN JOSEPH HOP WAH, the defendant, knowingly deposited in any post office or authorized depository for mail matter, to be sent or delivered by the Postal Service or knowingly caused to be delivered by the Postal Service according to the direction thereon, a communication with or without a name or designating mark subscribed thereto, addressed to any other person and containing a threat to injure the person of the addressee or of another, to wit, HOP WAH mailed a letter dated August 3, 2024 to the United States District Court for the Southern District of New York addressed to a United States judge, a Federal law enforcement officer, or an official who is

covered by Title 18, United States Code, Section 1114, in which HOP WAH threatened to murder United States judges and covered officials.

(Title 18, United States Code, Sections 876(c) and 2.)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

3. I am a Deputy United States Marshal with the United States Marshals Service, and I have been personally involved in the investigation of this matter. This affidavit is based upon my personal participation in the investigation of this matter, my conversations with law enforcement agents, and my examination of reports and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part.

## Overview

4. As detailed below, based on my participation in this investigation, including my review of a letter dated August 3, 2024 sent to the United States District Court for the Southern District of New York and addressed to a United States Magistrate Judge, law enforcement records, criminal history records, and publicly available electronic court dockets, I know that JOHN JOSEPH HOP WAH, the defendant, has engaged in a harassment campaign against, among others, United States judges and officials, culminating in a threat to murder such United States judges and officials absent favorable action in HOP WAH's pending civil cases.

## The Defendant Is Convicted of Assault

5. Based on my review of criminal history records, documents filed on electronic court dockets, and my conversations with other law enforcement officers, I have learned that JOHN JOSEPH HOP WAH, the defendant, was previously convicted of assault with intent to cause serious injury in New York County Supreme Court for his involvement in a physical altercation that occurred on or around December 16, 2011, at the Bellevue Men's Shelter in Manhattan, during which the defendant was found to have assaulted another individual with a steel-toed construction boot (the "December 2011 Assault").

## The Defendant Alleges a Conspiracy Amongst Public Officials to Convict Him of Assault and Obstruct His Civil Lawsuits

6. Based on my review of documents filed on electronic court dockets, including communications submitted by the defendant, and my conversations with other law enforcement officers, I have learned the following:

a. On or about March 18, 2015, JOHN JOSEPH HOP WAH, the defendant, filed a civil suit in the United States District Court for the Southern District of New York against New York City Police Department ("NYPD") law enforcement officers seeking damages for HOP WAH's arrest following the NYPD's stop and search of HOP WAH in or about March 2013 (the "March 2015 Lawsuit").

b. On or about February 16, 2023, JOHN JOSEPH HOP WAH, the defendant, filed a civil suit in the United States District Court for the Southern District of New York alleging, among other things, that the current and former District Attorneys of New York, several Assistant District Attorneys for the Manhattan District Attorney's Office, and employees of the Bellevue Men's Shelter, engaged in efforts to wrongfully prosecute and convict HOP WAH for the December 2011 Assault (the "February 2023 Lawsuit"). The February 2023 Lawsuit was initially assigned to a United States District Judge for the Southern District of New York ("Federal Judge-1"). On or about January 8, 2024, Federal Judge-1 signed an order referring the February 2023 Lawsuit to a United States Magistrate Judge for the Southern District of New York ("Federal Judge-2").

c. On or about March 3, 2023, JOHN JOSEPH HOP WAH, the defendant, filed a civil suit in the New York State Court of Claims against the State of New York seeking damages for unjust conviction and imprisonment resulting from the December 2011 Assault (the "March 2023 Lawsuit"). On or around February 15, 2024, a Judge of the New York Court of Claims granted a motion to dismiss the March 2023 Lawsuit.

d. On or about April 24, 2024, JOHN JOSEPH HOP WAH, the defendant, filed a civil suit in the United States District Court for the Southern District of New York alleging, among other things, that several public officials, including a judge for the New York State Court of Claims and an Assistant Attorney General at the Office of the New York State Attorney General, engaged in a conspiracy to hinder the March 2023 Lawsuit (the "April 2024 Lawsuit"). The April 2024 Lawsuit was assigned to a United States District Judge for the Southern District of New York ("Federal Judge-3"). On August 15, 2024, Federal Judge-3 dismissed the April 2024 Lawsuit.

### The Defendant Threatens Federal Judges and Officials

7. Based on my review of a letter dated August 3, 2024 sent to the United States District Court for the Southern District of New York and addressed to a United States Magistrate Judge, documents filed on electronic court dockets, including communications submitted by the defendant, and my conversations with other law enforcement officers, I have learned the following:

a. On or about August 3, 2024, JOHN JOSEPH HOP WAH, the defendant, wrote a four-page, threatening letter addressed to Federal Judge-1, Federal Judge-2, and Federal-Judge-3, the Office of *Pro Se* Litigation for the Southern District of New York (the "Federal Officials"), and an Assistant Attorney General at the Office of the New York State Attorney General (the "Threat Letter").

b. In the Threat Letter, JOHN JOSEPH HOP WAH, the defendant, among other threats, alleges an "ongoing conspiracy" to impede the March 2015, March 2023, and April 2024 Lawsuits. HOP WAH threatens to "secur[e] personal justice by means outside of the law" and "seek [his] own retaliatory justice . . . to carry out successfully the murder of at least one of those responsible for [his] suffering." Below is a screenshot of a portion of the Threat Letter:

3

> I AM 65 YEARS OF AGE WITH SO LITTLE OF WHAT I HAD BEFORE THE I BECAME A VICTIM ONCE AGAIN TO THE CRIMINAL FABRICATION OF CRIMINAL CONDUCT BY THOSE ACTING UNDER THE COLOR OF LAW THAT I HAVE BEEN AFFLICTED WITH THIS SICK INCLINATION TO SEEK MY OWN RETALIATORY JUSTICE IN WHICH THE PLOT AND ACTS OF WHICH HAVE BEEN ENTERTAINED ON HOW TO CARRY OUT SUCCESSFULLY THE MURDER OF AT LEAST ONE OF THOSE RESPONSIBLE FOR MY SUFFERING. LOST AND PAIN IS SOMETHING THAT I AM DESPERATELY TRYING TO COPE WITH !!!
>
> IN CLOSING, I WANT FOTR IT TO BE VERY CLEAR THAT THE CONTENT OF THIS MISSIVE IS IN NO WAT MEANT AS SOME IDLE THREAT TOWARDS THE COURT OR ANYONE SPECIFIC PERSON IT IS MEANT AS A FOREWARNING OF THE MENTAL STATE OF THE PLAINTIFF AND HOW HE IS INADVERTENTLY REQUESTING FOR HELP TO MANAGE AND POSSIBLY ELIMINATE THESE INCLINATIONS TOWARDS MURDER. A MURDER IN WHICH THERE IS NO FEASIBLE PROTECTION AGAINST BECAUSE THE MIND IS A TERRIBLE THING TO WASTE!!!
>
> RESPECTFULLY,
>
> JOHN JOSEPH HOP WAH . PRO SE PLAINTIFF

    c. HOP WAH directs his "missive" to "any one [sic] involved with the matters before this court" and in connection with "the instant civil matter . . . as well as the other civil suits filed in [the] state Court of Claims." HOP WAH also states that the Threat Letter is "in no wa[y] meant as some idle threat towards the court or anyone [sic] specific person." Below is a screenshot of a portion of the Threat Letter:

> I HAVE PREPARED THE FOLLOWING AS A MEANS OF MAKING A RECORD OF WHAT IS CLEAR CONTENATING EVIDENCE OF AN ONGOING CONSPIRACY TO IMPEDE THE ORDERLY PROGRESSION OF THE INSTANT CIVIL MATTER FROM PROCEEDING BEFORE THE COURT AS WELL AS THE OTHER CIVIL SUITS FILED BEFORE THE COURTS IN BOTH THE STATE COURT OF CLAIMS UNDER CIVIL DOCKET # ▇▇▇, AS WELL AS THE (2) TWO FEDERAL CIVIL SUITS THAT HAVE BEEN FILED BEFORE THE SOUTHERN DISTRICT OF NEW YORK, UNDER CIVIL DOCKET #▇ ▇▇▇ AND AS WELL AS IN THE INSTANT FEDERAL SUIT ALL HAVE MET WITH LEGAL LITIGATION INACTIVITY IS DUE TO NOTHING MORE THAN THE INABILITY OF THE NAMED LITIGANTS AND THEIR LEGAL COUNSEL TO UNDERMINE THE CLEARLY OVERWHELMING, SUBSTANTIALLY SUPPORTED BY LEGAL AND FACTUAL EVIDENTIARY PROOFS THAT

### The Defendant Mails the Threat Letter

    8. Based on my review of the Threat Letter and my conversations with employees of the United States District Court for the Southern District of New York and other law enforcement officers, I have learned the following:

4

      a.  JOHN JOSEPH HOP WAH, the defendant, mailed the Threat Letter via the United States Postal Service. The Threat Letter includes the docket number for the February 2023 Lawsuit in the recipient address block.

      b.  The Threat Letter was transmitted through the United States Postal Service starting on or around August 7, 2024.

      c.  The Threat Letter was received at the United States District Court for the Southern District of New York and filed on the electronic docket on or around August 9, 2024.

9.    Based on my review of documents filed on electronic court dockets and my conversations with other law enforcement officers, I have learned that Federal Judge-1, Federal Judge-2, Federal Judge-3, and the Federal Officials are employees for the United States District Court for the Southern District of New York and/or live in the Southern District of New York.

10.    On or about August 18, 2024, the Honorable Vera M. Scanlon, United States Magistrate Judge, Eastern District of New York, issued a search and seizure warrant for the residence of JOHN JOSEPH HOP WAH, the defendant, and any locked and closed containers/items therein (the "Warrant").

11.    The next day, on or about August 19, 2024, along with other law enforcement officers, I executed the Warrant. Based on my participation in executing the Warrant and my conversations with other law enforcement officers, I have learned the following:

      a.  JOHN JOSEPH HOP WAH, the defendant, was at the residence at the time I executed the Warrant.

      b.  While executing the Warrant, law enforcement officers found two printed copies of the Threat Letter—one in HOP WAH's bookcase and another in a folder by HOP WAH's bed.

      c.  On August 19, 2024, HOP WAH was arrested based on probable cause that HOP WAH influenced, impeded, or retaliated against a federal official by threat and mailed threatening communications.

[continued on next page]

WHEREFORE, I respectfully request that JOHN JOSEPH HOP WAH, the defendant, be imprisoned or bailed, as the case may be.

_____
CHRISTOPHER BELVIZ
DEPUTY UNITED STATES MARSHAL
UNITED STATES MARSHALS SERVICE

Sworn to me this 19th day of August, 2024.

_____
THE HONORABLE ONA T. WANG
United States Magistrate Judge
Southern District of New York

6